Sullivan,  }
Jan. 4, 1921. }

LYMAN B. EATON *v.* LIZZIE H. CLARKE *& a., Ex'rs.*

*Per Curiam.* The questions argued cannot be determined upon the facts agreed.

*Hurd & Kinney,* for the plaintiff.

*Ira G. Colby,* for the defendant.

*Case discharged.*